No. 71–1000. BROTHERHOOD OF LOCOMOTIVE ENGINEERS *v.* UNITED STATES;

No. 71–1010. JACKSONVILLE TERMINAL CO. *v.* UNITED STATES; and

No. 71–1014. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 451 F. 2d 418.

No. 71–1047. WALLER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 71–1084. ANDERSON ET AL., TRADING AS ANDERSON SEAFOOD CO. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–1102. ANTONIOLI ET AL. *v.* LEHIGH COAL & NAVIGATION CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 71–1106. UNITED MINE WORKERS OF AMERICA *v.* YABLONSKI ET AL. C. A. D. C. Cir. Certiorari denied.

No. 71–1126. SOCIETE ANONYME DE GERANCE ET D'ARMEMENT *v.* JOSEPH MULLER CORPORATION ZURICH. C. A. 2d Cir. Certiorari denied.

No. 71–1128. KELEMEN ET AL. *v.* SERBIAN ORTHODOX CHURCH CONGREGATION OF ST. DEMETRIUS OF AKRON. Sup. Ct. Ohio. Certiorari denied.

No. 71–1138. CROSS CONTRACTING CO. *v.* LAW ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–1164. WATTS *v.* MYLIUS. Ct. App. Ga. Certiorari denied.